IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
SUNDAY ENTERPRISES, INC.,    )
                             )
    Plaintiff,                )
                             )      CIVIL ACTION NO.
    v.                       )        1:11cv85-MHT
                             )            (WO)
UNITED RENTALS (NORTH        )
AMERICA), INC.,              )
                             )
    Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant United Rentals (North America), Inc.'s motion for summary judgment (Doc. No. 33) is granted as to all of plaintiff Sunday Enterprises, Inc.'s claims.

(2) Judgment is entered in favor of defendant United Rentals (North America), Inc. and against plaintiff Sunday Enterprises, Inc. as to all of plaintiff Sunday Enterprises, Inc.'s claims, with plaintiff Sunday Enterprises, Inc. taking nothing as to its claims.

It is further ORDERED that costs are taxed against plaintiff Sunday Enterprises, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is still pending on defendant United Rentals (North America), Inc.'s counterclaim against plaintiff Sunday Enterprises, Inc., including defendant United Rentals (North America), Inc.'s motion for summary judgment (Doc. No. 33) in its favor on the counterclaim. This case is, therefore, not closed.

DONE, this the 14th day of October, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE