IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
SUNDAY ENTERPRISES, INC.,    )
aka Sunday Pools Company,    )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      1:11cv85-MHT
                             )          (WO)
UNITED RENTALS               )
INCORPORATED, INC.,          )
                             )
    Defendant.               )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 71), it is the ORDER, JUDGMENT, and DECREE of the court that all the remaining claims in this cause are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of December, 2011.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE